**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000329
22-DEC-2025
08:07 AM
Dkt. 18 ODSD**

NO. CAAP-25-0000329

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STEPHANIE HALL, Petitioner-Appellee,
v.
EMILY E. BALLAN, Respondent-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL NO. 1DSS-25-0000261)

ORDER DISMISSING APPEAL
(By: Hiraoka, Presiding Judge, McCullen and Guidry, JJ.)

Upon review of the record, it appears that:

(1) Respondent-Appellant Emily E. Ballan (Ballan) filed the notice of appeal in this matter on April 8, 2025, and the record on appeal was filed on June 3, 2025;

(2) The opening brief was due on July 14, 2025, and Ballan neither filed the opening brief, nor requested an extension of time;

(3) On July 16, 2025 the appellate clerk entered a default notice informing Ballan and her counsel, Rosa Flores, that the time for filing the opening brief expired on July 14, 2025, the matter would be called to the court's attention on July 28, 2025 for appropriate action, which could include dismissal of the appeal under Hawaiʻi Rules of Appellate Procedure Rule 30, and that Ballan may request relief from default by motion;

(4) Ballan has not requested relief from default, and has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, December 22, 2025.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge